UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUBINSKY,<br><br>        Plaintiff,<br><br>v.<br><br>TESLA ENERGY OPERATIONS, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-00053-HSG<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION**<br><br>Re: Dkt. No. 23 |

Pending before the Court is Defendant Tesla Energy Operations, Inc.'s motion to compel arbitration. Dkt. No. 23. Plaintiff's response to the motion was due by March 29, 2021. *Id.* On May 17, 2021, 49 days after the deadline, Plaintiff filed a qualified non-opposition to the motion to compel, in which Plaintiff agreed to arbitration of the case to be administered by the American Arbitration Association as specified in the parties' Power Purchase Agreement. Dkt. No. 29. Given that Plaintiff does not oppose arbitration, the Court **GRANTS** Defendant's motion to compel arbitration.[1] The Court also **STAYS** proceedings in the case as to Defendant Tesla Energy Operations pending completion of the arbitration. The parties are directed to file a joint status report regarding the status of the arbitration proceeding 120 days from the date of this order, and

//

//

//

---

[1] In his qualified non-opposition, Plaintiff requests that the Court strike as unenforceable a limitation of damages provision in the Power Purchase Agreement. Dkt. No. 29. Given that this request was made 49 days after the deadline to respond to the motion to compel arbitration, the Court finds that Plaintiff's request is grossly untimely. Moreover, this argument does not go to the threshold issue of arbitrability, which Plaintiff concedes. Accordingly, the request is **DENIED** without prejudice to Plaintiff raising the issue with the arbitrator.

every 120 days thereafter unless otherwise ordered. The parties are further directed to notify the Court within 48 hours of the completion of the arbitration proceeding.

**IT IS SO ORDERED.**

Dated: 5/26/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge