UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUBINSKY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TESLA ENERGY OPERATIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-00053-HSG<br><br>**AMENDED CONDITIONAL ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 34 |

The Court having been advised that the parties, David Lubinsky and Equifax Information Services, LLC have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed with prejudice as to Equifax Information Services, LLC; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 21 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: 6/16/2021

　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge