Robert F. Brennan, Esq.[S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
2103 Montrose Ave., Suite D
Montrose, Ca. 91020
Phone [818] 249-5291,Fax [818] 249-4329
Email: rbrennan@brennanlaw.com

Stephanie R.Tatar, Esq. (S.B.237792)
TATAR LAW FIRM, APC
3500 West Olive Avenue Suite 300, Burbank, CA 91505
Phone: (323) 744.1146, Fax 323.967.7775
E-mail: stephanie@thetatarlawfirm.com

Attorney for: Plaintiff David Lubinsky

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUBINSKY, an Individual,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>TESLA ENERGY OPERATIONS, INC., a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC, and DOES 1-10, Inclusive,<br><br>　　　Defendants. | Case No.: 21-cv-00053-HSG<br><br>Judge: Haywood S. Gilliam, Jr.<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TESLA ENERGY OPERATIONS, INC. |

　　Plaintiff David Lubinsky has announced to the Court that all matters in controversy against Defendant Tesla Energy Operations, Inc. have been resolved.

///

///

---

1

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff David Lubinsky against Defendant Tesla Energy Operations, Inc., are in all respects dismissed with prejudice to the re-filing of same, with Court costs to be paid by the party incurring same. Moreover, since there are no remaining defendants, the entire case is dismissed with prejudice.

DATED this 13th day of June 2022.

_____
HON. HAYWOOD S. GILLIAM, Jr
UNITED STATES DISTRICT JUDGE